UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KENNETH GEORGE HAWKINS,                    Civil No. 07-4915 PJS/AJB

    Petitioner,

v.                                         O R D E R

M. CRUZ, Warden,

    Respondent.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 3, 2008, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Docket No. 1), is summarily dismissed for lack of jurisdiction.

DATED: January 24, 2008.

                                          s/Patrick J. Schiltz
                                          Judge Patrick J. Schiltz
                                          U. S. District Court